IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY ROBERT CATALUSCI,<br><br>Defendant. | CR 24-34-BU-DWM<br><br><br><br>ORDER |

The United States moves unopposed for a preliminary order of forfeiture in this matter.  (Doc. 87.)  Defendant Anthony Robert Catalusci has been adjudged guilty of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and admitted to the forfeiture allegation in his guilty plea. (Docs. 59, 63, 69.)  As such, there is a factual basis and cause to issue this preliminary order of forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), and Fed. R. Crim. P. 32.2(b).  The Court finds that:

1.      On September 25, 2024, Catalusci was charged with possession with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as charged in Count 2, among other charges.  (Doc. 15.)  The Indictment included a forfeiture allegation of the United States' intent to pursue

forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2), of any proceeds of and/or facilitating property for such offense—including, but not limited to, the real property located at 13245 Crystal Mountain Road in Three Forks, Montana. (*Id.*)

2.      On September 30, 2024, the United States filed a Notice of *Lis Pendens* (Gallatin County recording #2835837), which provided further notice of the intended forfeiture of the real property at 13245 Crystal Mountain Road. (Doc. 20.)

3.      On March 17, 2025, Catalusci pled guilty to possession with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and admitted to the forfeiture allegation pursuant to 21 U.S.C. § 853(a)(1) and (2). (Doc. 63; *see* Doc. 69.)

4.      In Catalusci's plea agreement, he agreed to pay a personal forfeiture money judgment in the amount of $500,000, in lieu of forfeiting the identified real property. (Doc. 59 at ¶ 10.) Catalusci agreed to timely pay an initial $200,000 to the United States Marshals Service at least 45 days prior to his sentencing. (*Id.*) However, Catalusci has not made such payment and the time for doing so has now expired. As such, the United States filed its motion for preliminary order of forfeiture for the real property, identified above, (Doc. 87), consistent with the terms of the plea agreement, (Doc. 59). Catalusci does not object. (Doc. 87 at 2.)

Accordingly, IT IS ORDERED that the United States' motion for preliminary order of forfeiture, (Doc. 87), is GRANTED.

IT IS FURTHER ORDERED that Catalusci's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2): the real property located at 13245 Crystal Mountain Road, Three Forks, Montana 59752, and titled in the name of Anthony R. Catalusci.  The real property, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, is more particularly described as follows:

PONDEROSA PINES, S31, T04 N, R03 E, LOT 809, ACRES 10.025, NE4NW4NE4 COS 866.

LEVY DISTRICT 06-236024-24R 24.

GALLATIN COUNTY, MONTANA.

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties with a legal interest in the above-described property, and will post on an official government internet site (www.forfeiture.gov), for at least

30 consecutive days, notice of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and as required by Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 23rd day of July, 2025.

_____
Donald W. Molloy, District Judge
United States District Court

4